# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVINDER SINGH, | Case No. 1:26-cv-00443-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION FOR EXTENSION OF TIME AND VACATING JUNE 3, 2026 HEARING |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | (ECF No. 10) |
| Defendants. | |

Before the Court is the parties' stipulation to extend the time for Plaintiff to file an opposition to Defendants' motion to dismiss and for Defendants to file their reply. The parties also request that the motion be submitted for decision on the papers upon the Court's receipt of Defendants' reply.

Accordingly, pursuant to the stipulation and for good cause shown, it is HEREBY ORDERED that:

1. Plaintiff shall have through **May 15, 2026** to file an opposition to Defendants' motion to dismiss;

2. Defendants shall have through **May 26, 2026** to file a reply; and

///

///

3.   The hearing set for June 3, 2026 is **VACATED**.  The Court will take the matter under submission upon completion of briefing and will issue its ruling in due course.  See L.R. 230(g).

IT IS SO ORDERED.

Dated:   **May 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2